COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        Xochytl Greer v. Wesley Michael Melcher

Appellate case number:    01-19-00287-CV

Trial court case number:   2017-41808

Trial court:                   245th District Court of Harris County

Appellant, Xochytl Greer, has filed a motion for review of the trial court's order sustaining the court reporter's contest to appellant's statement of inability to pay costs. *See* TEX. R. CIV. P. 145(g)(1). Because the trial court signed the order on May 3, 2019, appellant's motion was due to be filed no later than May 13, 2019. *See* TEX. R. CIV. P. 145(g)(2). Appellant, however, filed her motion in this Court on May 14, 2019.

We may extend the deadline for filing a motion challenging an order under rule 145 "by 15 days if [appellant] demonstrates good cause for the extension in writing." TEX. R. CIV. P. 145(g)(2). Accordingly, we direct appellant to provide a written response to this order that "demonstrates good cause" to extend the deadline for filing her motion for review of the trial court's May 3, 2019 order. **Appellant's response is due no later than 7 days from the date of this order.**

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
                    ☑ Acting individually    ☐ Acting for the Court

Date:   May 21, 2019